IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BRYAN E. VANDUSEN,<br><br>                 Defendant. | **8:21CB2**<br><br>**ORDER** |

       This matter is before the court on Government's Motion to Dismiss Criminal Case (Filing No. 41).  Government's Motion to Dismiss Criminal Case (Filing No. 41) is granted. This case which involves, Violation Notice NE22-9352016, is dismissed.

       Dated this 9th day of April, 2021.

                                                                     BY THE COURT:

                                                                   s/ Susan M. Bazis<br>
                                                                   United States Magistrate Judge